1  Squire Patton Boggs (US) LLP
   Troy M. Yoshino (SBN: 197850)
2  troy.yoshino@squirepb.com
   Eric J. Knapp (SBN: 214352)
3  eric.knapp@squirepb.com
   275 Battery Street, Suite 2600
4  San Francisco, California  94111
   Telephone:     +1 415 954 0200
5  Facsimile:     +1 415 393 9887

6  Attorneys for Defendant
   Mercedes-Benz USA, LLC
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11

12  Giorgio Enea, an individual, on behalf of himself and all others similarly situated,

Case No. 4:18-cv-02792-HSG

13  Plaintiffs,

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**

14  v.

15  Mercedes-Benz USA, LLC, and Daimler AG,

16  Defendants.

17

18  **STIPULATION**

19  WHEREAS, pursuant to Local Rule 6-1(a), Plaintiff and Defendant Mercedes-Benz USA,

20  LLC ("MBUSA"), hereby stipulate to extend the time to respond to Plaintiff's complaint by 30

21  days to June 10, 2018;

22  WHEREAS, pursuant to Local Rule 7-3, Plaintiff's deadline to file an opposition to

23  MBUSA's anticipated motion to dismiss would be June 25, 2018;

24  WHEREAS, pursuant to Local Rule 7-3, MBUSA's deadline to file a reply in support of

25  its anticipated motion to dismiss would be due July 2, 2018;

26  WHEREAS, the parties believe MBUSA's anticipated motion to dismiss presents

27  complicated issues of law and warrants longer time for briefing;

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS 4:18-CV-02792-HSG

WHEREAS, pursuant to Local Rule 5-1, the filer of this document attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS: (1) Pursuant to Local Rule 6-1(a), MBUSA's deadline to respond to Plaintiff's complaint is extended by 30 days to June 10, 2018; (2) Plaintiff's deadline to oppose any motion to dismiss is extended to July 10, 2018; and (3) MBUSA's deadline to file a reply in support of any motion to dismiss is extended to July 24, 2018.

Dated: May 15, 2018                    Squire Patton Boggs (US) LLP

                                       By: */s/ Eric J. Knapp*
                                              Eric J. Knapp

                                       Attorneys for Defendant
                                       Mercedes-Benz USA, LLC

Dated: May 15, 2018                    Haffner Law PC

                                       By: */s/ Graham G. Lambert*
                                              Graham G. Lambert

                                       Attorneys for Plaintiff
                                       Giorgio Enea

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: (1) Plaintiff's deadline to oppose any motion to dismiss is extended to July 10, 2018; and (2) MBUSA's deadline to file a reply in support of any motion to dismiss is extended to July 24, 2018.

Dated: May 16, 2018

Haywood S. Gilliam, Jr.
U.S. District Court Judge

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS 4:18-CV-02792-HSG