1  Squire Patton Boggs (US) LLP
   Troy M. Yoshino (SBN: 197850)
2  troy.yoshino@squirepb.com
   Eric J. Knapp (SBN: 214352)
3  eric.knapp@squirepb.com
   Aengus H. Carr (SBN: 240953)
4  aengus.carr@squirepb.com
   Alfredo W. Amoedo (SBN: 287901)
5  alfredo.amoedo@squirepb.com

6  275 Battery Street, Suite 2600
   San Francisco, California 94111
7  Telephone:   +1 415 954 0200
   Facsimile:   +1 415 393 9887

8
   Attorneys for Defendant
9  Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Giorgio Enea, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mercedes-Benz USA, LLC, and Daimler AG,<br><br>Defendants. | Case No. 4:18-cv-02792-HSG<br><br>**ORDER ON STIPULATION TO CONTINUE FEBRUARY 19, 2019 CASE MANAGEMENT CONFERENCE**<br><br>**[N.D. CAL. L.R. 6-2]** |

**ORDER ON STIP. TO EXT. CMC DATE**

010-8732-9057/1/AMERICAS

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

# ORDER

For good cause shown, the Court hereby enters the parties' Stipulation to Continue Case Management Conference as the Order of the Court. The schedule in this case is hereby modified as follows:

MBUSA shall have until March 22, 2019 to respond to the amended complaint; and

The case management conference in this matter currently set for Tuesday, February 19, 2019, is hereby continued to April 23, 2019 at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 12, 2019

By: _____
HONORABLE HAYWOOD S. GILLIAM, JR.

**ORDER ON STIP. TO EXT. CMC DATE**

010-8732-9057/1/AMERICAS