Joshua H. Haffner, SBN 188652
jhh@haffnerlawyers.com
Graham G. Lambert, SBN 303056
gl@haffnerlawyers.com
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorneys for plaintiff Giorgia Enea
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| GIORGIO ENEA, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; DAIMLER AG; and DOES 1 through 10, inclusive;<br><br>Defendants. | CASE NO. 18-CV-02792-HSG<br><br>Assigned to Hon Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:   April 23, 2019<br>Time:  2:00 p.m.<br>Crtrm:  2 |

ORDER

IT IS HEREBY ORDERED that Plaintiff's counsel is permitted to appear by telephone at the Case Management Conference on April 23, 2019 at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATE: April 19, 2019

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge.

**ORDER GRANTING PLAINTIFF'S REQUEST TO FOR TELEPHONIC APPEARANCE**