Joshua H. Haffner, SBN 188652
jhh@haffnerlawyers.com
Graham G. Lambert, SBN 303056
gl@haffnerlawyers.com
HAFFNER LAW PC
445 South Figueroa Street, Suite 2625
Los Angeles, California 90071
Telephone: (213) 514-5681
Facsimile: (213) 514-5682

Attorneys for plaintiff Giorgio Enea
on behalf of himself and all others similarly situated

*See signature page for additional counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Giorgio Enea, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Mercedes-Benz USA, LLC, and Daimler AG,<br><br>Defendants. | Case No. 4:18-cv-02792-HSG<br><br>**JOINT STIPULATION FOR DISMISSAL** |

**JOINT STIP. FOR DISMISSAL**

By and through their respective counsel of record, Plaintiff Giorgio Enea, and Defendant Mercedes-Benz USA, LLC, ("MBUSA") stipulate and agree as follows:

### JOINT STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that the claims of Plaintiff Giorgio Enea which are asserted in the Class Action Complaint are hereby dismissed with prejudice. The parties agree to bear their own costs and fees. This stipulation shall be without prejudice to the claims of the putative class members.

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with Local Rule 5-1.

Stipulated to and respectfully submitted:

Dated:  January 24, 2020    Squire Patton Boggs (US) LLP

By: */s/ Eric J. Knapp (with permission)*
    Eric J. Knapp

Attorneys for Defendant
Mercedes-Benz USA, LLC

Dated:  January 24, 2020    HAFFNER LAW PC

By: */s/ Graham Lambert (with permission)*
    Graham Lambert

Mitchell M. Breit*
SIMMONS HANLY CONROY
112 Madison Avenue
New York, NY 10016
Tel. 212-784-6422
Fax: 212-213-5949
mbreit@simmonsfirm.com

**SQUIRE PATTON BOGGS (US) LLP**
275 Battery Street, Suite 2600
San Francisco, California 94111

**JOINT STIP. FOR DISMISSAL**

- 1 -

Gregory F. Coleman*
Adam A. Edwards*
Mark Silvey*

GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax: 865-522-0049
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com
mark@gregcolemanlaw.com

*by pro hac vice*

Attorneys for Plaintiff
Giorgio Enea

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Mitchell M. Breit*

**JOINT STIP. FOR DISMISSAL**

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111